IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20cr180 |
| v. | : | DATE FILED: 5/26/20 |
| RONALD AUSTIN | : | VIOLATION:<br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>(distribution of cocaine – 3 counts)<br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>(possession with intent to distribute cocaine – 1 count)<br>Notice of forfeiture |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 7, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RONALD AUSTIN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

1

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 29, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## RONALD AUSTIN

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 3, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**RONALD AUSTIN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT FOUR

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 12, 2020, in Bala Cynwyd, in the Eastern District of Pennsylvania, defendant

**RONALD AUSTIN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## **NOTICE OF FORFEITURE**

## **FORFEITURE - 21 U.S.C. § 853**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this information, defendant

### **RONALD AUSTIN**

shall forfeit to the United States under Title 21, United States Code, Section 853:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

(b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations, including, but not limited to, the sum of $5,800.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of said defendant up to the value of said property listed above as

being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

_____
WILLIAM M. McSWAIN
**United States Attorney**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

RONALD AUSTIN

INFORMATION

Counts

21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of cocaine – 3 counts)
21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute cocaine- 1 count)
Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 ____

_____
Clerk

Bail, $ _____